UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA, et al.
ex rel. THOMAS CANTOR,

        Plaintiffs,

        v.

AMGEN INC., et al.,

        Defendants.
------------------------------------------------------X

04 CV 2511 (SJ) (RML)

ORDER OF
DISCONTINUANCE

JOHNSON, Senior District Judge:

        In light of settlement, the above referenced action is hereby dismissed, without prejudice. The Clerk of the Court is directed to close the case.

**SO ORDERED.**

Dated: September 30, 2013                  _____/s/_____
       Brooklyn, New York                   Sterling Johnson, Jr., U.S.D.J.