DBZ 7987

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA, et al.
ex rel. THOMAS CANTOR,

           Plaintiffs,

  v.

AMGEN, INC.; AMERISOURCE BERGEN
CORPORATION; INTERNATIONAL
NEPHROLOGY NETWORK; WATSON
PHARMACEUTICALS INC.; and SIGMA-
TAU PHARMACEUTICALS, INC.

           Defendants.
-----------------------------------------------------------X

Civil Action No.
CV 04-2511

(Johnson, J.)
(Levy, M.J.)

## STIPULATION OF DISMISSAL AND ORDER OF CLAIMS AGAINST AMGEN INC.

1.     Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and various state false claims acts and in accordance with the terms and conditions of the Settlement Agreements among the United States, the named Plaintiff States ("the States"), Amgen Inc. ("Amgen"), and Relator Thomas Cantor (the "Settlement Agreements"), the Parties hereby stipulate, through their undersigned counsel, to the entry of an order (1) dismissing with prejudice all civil monetary claims asserted on behalf of the United States and the States against Amgen concerning the Covered Conduct as defined in Preamble Paragraphs F and G of the Settlement Agreements, (2) dismissing without prejudice to the United States and the States and with prejudice to Relator(s) as to all other claims against Amgen, and (3) dismissing with prejudice all claims asserted against Amgen on

Stipulation and Order of Dismissal, *United States ex rel. Thomas Cantor v. Amgen Inc., et al.*, Civil Action No. CV 04-2511.

D+F

Case 1:04-cv-02511-SJ-RML Document 36 Filed 10/31/13 Page 2 of 5 PageID #: 228
Case 1:04-cv-02511-SJ-RML Document 37 Filed 11/21/13 Page 2 of 5 PageID #: 236

Page 2 of 5

behalf of Relator under 31 U.S.C. § 3730(d) with respect to attorney's fees, costs and expenses. This dismissal is without prejudice to the right of the Relator in the above-captioned matter to reinstate these proceedings on written notice to the Court for the limited purpose of asserting Relator's rights to a relator's share payment from the United States contemplated by the Settlement Agreements to which Relator is a party and this Court reserves jurisdiction for these purposes.

2. In the event this matter is reinstated by Relator, the rights of the Relator under 31 U.S.C. §3729 *et seq.* are hereby fully preserved as they existed prior to the dismissal of this action, including, but not limited to, Relator's rights under 31 U.S.C. § 3730(b)(5), §3730(d), § 3730(e), and § 3731(b).

3. This Stipulation of Dismissal and Order supersedes the September 30, 2013 Order

Dismissing the Case, Docket Entry 35.

Dated: Brooklyn, New York

October 31, 2013

Respectfully submitted,

For the United States:

STUART DELERY
Assistant Attorney General, Civil Division

MARSHALL L. MILLER
Acting United States Attorney

By: *[signature]*

DEBORAH B. ZWANY (DBZ 7987)
Assistant United States Attorney
(718) 254-6010

JOHN HENEBERY
Attorney, Civil Division
U.S. Department of Justice

For the
Named States:

ERIC T. SCHNEIDERMAN
Attorney General,
The State of New York

By: *[signature]*

CAROLYN ELLIS (CE-3181)
Special Assistant Attorney General
Medicaid Fraud Control Unit
Office of the Attorney General
120 Broadway, 13th Floor
New York, New York 10271
(212) 417-5384

Stipulation and Order of Dismissal, *United States ex rel. Thomas Cantor v. Amgen Inc., et al.*, Civil Action No. CV 04-2511.

Page 4 of 5

For Relator:

*/s/ Mary Louise Cohen*

Mary Louise Cohen
Ericka A. Kelton
Larry P. Zoglin
Phillips & Cohen, LLP
2000 Massachusetts Ave NW
Washington, D.C. 20036
Counsel to Relator Thomas Cantor

Stipulation and Order of Dismissal, *United States ex rel. Thomas Cantor v. Amgen Inc., et al.*, Civil Action No. CV 04-2511.

For Amgen:

*[signature: David S. Rosenbloom]*

David S. Rosenbloom
McDermott, Will & Emery, LLP
227 West Monroe Street
Chicago, Illinois 60606-5096
Attorneys for Amgen Inc.

SO ORDERED:
Brooklyn, New York
_____, 2013

SO ORDERED
on this  20th  day of November 2013

s/ SJ
STERLING JOHNSON, JR., SENIOR U.S.D.J.

_____
HONORABLE STERLING JOHNSON Jr.
United States District Judge

Stipulation and Order of Dismissal, *United States ex rel. Thomas Cantor v. Amgen Inc., et al.*, Civil Action No. CV 04-2511.